United States District Court
Southern District of Texas
ENTERED

JUL 0 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 30 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| THOMAS A. GALLOWAY, JR. and YOLANDA GALLOWAY, <br> Plaintiffs, <br><br> VS. <br><br> PEDRO DELGADILLO, TIM ALFORD and the TOWN OF LAGUNA VISTA, <br> Defendants. | § § § § § § § § § § |

CIVIL ACTION NO. B-97-021
JURY REQUESTED

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(c), all parties to this case waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including trial and judgment.

| Signature | Party Represented | Date |
|---|---|---|
| Miguel A. Saldaña | Plaintiffs/Thomas Galloway and Yolanda Galloway | 6/19/98 |
| George C. Kraehe | Defendants/Town of Laguna Vista Pedro Delgadillo & Tim Alford | 6·16·98 |

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge

**JOHN WILLIAM BLACK**

to conduct all further proceedings, including final judgment.

June 30, 1998
Date

Filemon B. Vela
United States District Judge