37

United States District Court
Southern District of Texas
ENTERED

JUL 0 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _M. _____

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUN 3 0 1998

Michael N. Milby, Clerk of Court

## ORDER

| | | |
|---|---|---|
| THOMAS A. GALLOWAY, JR. AND YOLANDA GALLOWAY, | § § § | |
| VS. | § | CIVIL ACTION NO. B-97-021 |
| | § | |
| PEDRO DELGADILLO, TIM ALFORD AND TOWN OF LAGUNA VISTA | § § | |

TYPE OF CASE:   __X__ CIVIL        ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**HEARING ON DEFENDANT TOWN OF LAGUNA VISTA'S MOTION FOR SUMMARY JUDGMENT**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
500 E. 10TH STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**JULY 15, 1998 AT 10:30 A.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JUNE 30, 1998

TO:   MIGUEL A. SALDANA/JACK G. CARINHAS, JR.
      GEORGE KRAEHE