50

United States District Court
Southern District of Texas
ENTERED

SEP 2 4 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 23 1953

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| THOMAS A. GALLOWAY, JR. and YOLANDA GALLOWAY, | § § § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-021 |
| | § | JURY REQUESTED |
| PEDRO DELGADILLO, TIM ALFORD and the TOWN OF LAGUNA VISTA, | § § | |
| Defendants. | § | |

## AGREED ORDER OF DISMISSAL

Be it remembered, on this day, came on to be considered, the above-entitled numbered matter wherein Thomas Galloway and Yolanda Galloway are the Plaintiffs and the Town of Laguna Vista and Pedro Delgadillo and Tim Alford, both individually and in their official capacities, are named Defendants.  Upon consideration of the announcement of the parties informing the Court that this matter has been compromised and settled, the Court is of the opinion that a Dismissal is warranted and should be granted.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs Thomas Galloway and Yolanda Galloway's causes in the above-referenced matter against Defendants, the Town of Laguna Vista and Pedro Delgadillo and Tim Alford, both individually and in their official capacities, be and are DISMISSED with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of court incurred to date by Plaintiffs and Defendants be paid by party incurring same as

-5-

previously agreed to by these parties.  Any and all other relief which may have been

sought in this cause, whether prayed for or not, is hereby DENIED.

Signed on this ___23ᴿᴰ___ day of ___S E P T___, 1998.

_____
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED TO BY:

_____
Miguel A. Saldaña, Attorney for Plaintiffs

_____
George C. Kraehe, Attorney for Defendants

-6-